MICHAEL M. EDWARDS, ESQ.
Nevada Bar No. 6281
NICHOLAS L. HAMILTON, ESQ.
Nevada Bar No. 10893
MESSNER REEVES LLP
8945 West Russell Road, Suite 300
Las Vegas, Nevada 89148
Telephone: (702) 363-5100
Facsimile: (702) 363-5101
E-Mail: medwards@messner.com
        nhamilton@messner.com

*Counsel for Defendant,*
*Eric Penner,*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| BALUMA S.A. d/b/a ENJOY PUNTA DEL ESTE & CASINO,<br><br>Plaintiff,<br><br>v.<br><br>ERIC PENNER,<br><br>Defendant. | Case No.: 2:20-CV-01551-APG-BNW<br><br>**STIPULATION AND [Proposed] ORDER TO ENLARGE BRIEFING SCHEDULE AS TO PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT [Docket #21] (First Request)**<br><br>**AND**<br><br>**TO ENLARGE TIME TO SUBMIT ANSWER TO PLAINTIFF'S COMPLAINT (First Request)** |

Pursuant to LR IA 6-1, LR IA 6-2, and LR 7-1, Defendant, Eric Penner ("Defendant") and Plaintiff Baluma S.A. ("Plaintiff"), by and through their undersigned counsel of record, hereby stipulate as follows:

**I.   STIPULATION TO ENLARGE BRIEFING SCHEDULE AS TO PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT [Docket #21]**

The parties request that the Court enter an order approving this stipulation extending the briefing schedule on Plaintiff's pending Motion for Summary Judgment (Doc. 21), filed on March 21, 2021, by ten (10) days as to both Defendant's response to and Plaintiff's reply in support of the Motion for Summary Judgment. This is the parties' first stipulation and request for an extension of time relating to the briefing schedule on the Motion for Summary Judgment.

{04749882 / 1}

- 1 -

STIPULATION AND ORDER TO ENLARGE BRIEFING SCHEDULE AS TO PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT [DOCKET #21] AND TO FILE ANSWER TO PLAINTIFF'S COMPLAINT

Defendant's counsel has requested an additional ten (10) days to prepare Defendant's response to the Motion for Summary Judgment to allow the parties to continue settlement discussions. Such a request would make Defendant's response to the Motion for Summary Judgment due on or before **April 19, 2021**. Plaintiff is agreeable to the requested extension of time.

The extended response deadline impacts Plaintiff's ability to analyze the response and prepare its reply in support of its Motion for Summary Judgment in the time contemplated by LR 7-2(b) due to existing briefing deadlines and conflicts in other matters. Plaintiff has thus requested an additional ten (10) days to prepare its reply, making such a reply due on or before **May 13, 2021**. Defendant is agreeable to the requested extension of time.

**II.  STIPULATION TO ENLARGE TO ENLARGE TIME TO SUBMIT ANSWER TO PLAINTIFF'S COMPLAINT (First Request)**

The parties further stipulate and request that the Court enter an order to enlarge the time in which Defendant, Eric Penner, may file an answer to Plaintiff's Complaint (Filed in the Eighth Judicial District Court of Nevada on June 26, 2020) by ten (10) days. Defendant's responsive pleading to Plaintiff's Complaint was his Motion to Dismiss (Doc. 5), filed on August 26, 2020. The Order denying this motion (Doc. 23) was entered on March 23, 2020.

Defendant's requested 10 day extension would cause the deadline to file his Answer to fall on Friday, **April 16, 2021**. This request is sought to facilitate ongoing settlement discussions and is agreed upon by counsel for both parties.

/ /

/ /

{04749882 / 1}

- 2 -

STIPULATION AND ORDER TO ENLARGE BRIEFING SCHEDULE AS TO PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT [DOCKET #21] AND TO FILE ANSWER TO PLAINTIFF'S COMPLAINT

By this stipulation, the parties do hereby respectfully request that the Court enter an order extending the above referenced deadlines.

DATED this 6th day of April 2021.　　　　　　　DATED this 6th day of April 2021.

**GREENBERG TRAURIG, LLP**　　　　　　　**MESSNER REEVES LLP**

*/s/ Christopher R. Miltenberger*　　　　　　　*/s/ Michael M. Edwards*
Christopher R. Miltenberger, Esq.　　　　　　　MICHAEL M. EDWARDS., ESQ.
Nevada Bar No. 10153　　　　　　　　　　　　Nevada Bar No. 6281
Christian T. Spaulding, Esq.　　　　　　　　　NICHOLAS L. HAMILTON, ESQ.
Nevada Bar No. 14277　　　　　　　　　　　　Nevada Bar No. 10893
10845 Griffith Peak Drive, Suite 600　　　　　　8945 West Russell Road, Suite 300
Las Vegas, NV 89135　　　　　　　　　　　　Las Vegas, Nevada 89148
miltenbergerc@gtlaw.com　　　　　　　　　　*Attorneys for Defendant, Eric Penner*
spauldingc@gtlaw.com
*Counsel for Plaintiff*
*Baluma S.A. d/b/a Enjoy Punta del Este Resort & Casino*

RE: Baluma v Penner

miltenberge
To: Nick Hamilton　　10:32 AM
Cc: Desja Wilder; +2 others

Nick,

This is fine. You can use my e-signature on the document and submit.

Thanks,

Chris Miltenberger
Greenberg Traurig, LLP

**IT IS SO ORDERED.**

_____
**UNITED STATES DISTRICT JUDGE**

**DATED:** April 7, 2021

{04749882 / 1}

- 3 -

STIPULATION AND ORDER TO ENLARGE BRIEFING SCHEDULE AS TO PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT [DOCKET #21] AND TO FILE ANSWER TO PLAINTIFF'S COMPLAINT