CHRISTOPHER R. MILTENBERGER, ESQ.
Nevada Bar No. 10153
CHRISTIAN T. SPAULDING, ESQ.
Nevada Bar No. 14277
GREENBERG TRAURIG, LLP
10845 Griffith Peak Drive, Suite 600
Las Vegas, NV 89135
Telephone: (702) 792-3773
Facsimile: (702) 792-9002
E-mail: miltenbergerc@gtlaw.com
            spauldingc@gtlaw.com

*Counsel for Baluma S.A. dba*
*Enjoy Punta del Este Resort & Casino*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| BALUMA S.A. doing business as ENJOY PUNTA DEL ESTE & CASINO,<br><br>        Plaintiff,<br><br>vs.<br><br>ERIC PENNER,<br><br>        Defendant. | Case No.: 2:20-cv-01551-APG-BNW<br><br>**STIPULATION AND ORDER TO DISMISS WITH PREJUDICE** |

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), LR I-A 6-2, and LR 7-1, Plaintiff Baluma S.A. doing business as Enjoy Punta Del Este & Casino ("Plaintiff") and Defendant Eric Penner ("Defendant"), by and through their respective undersigned counsel, being the only parties who have made an appearance in this action and having reached an agreement to resolve all outstanding issues between them, hereby stipulate to DISMISS the above-captioned matter WITH PREJUDICE.

///

Greenberg Traurig, LLP
10845 Griffith Peak Drive, Suite 600
Las Vegas, NV 89135
(702) 792-3773
(702) 792-9002 (fax)

ACTIVE 56722022v1

Greenberg Traurig, LLP
10845 Griffith Peak Drive, Suite 600
Las Vegas, NV 89135
(702) 792-3773
(702) 792-9002 (fax)

The Parties further stipulate and agree that each party shall bear its own respective attorneys' fees, costs, and expenses in connection with and related to the above-captioned matter.

DATED this 17th day of May, 2021.                DATED this 17th day of May, 2021.

By: _/s/ Christopher R. Miltenberger_            By: _/s/ Nicholas L. Hamilton_
    Christopher R. Miltenberger, Esq.          Michael M. Edwards, Esq.
    Nevada Bar No. 10153                         Nevada Bar No. 6281
    Christian T. Spaulding, Esq.                 Nicholas L. Hamilton, Esq.
    Nevada Bar No. 114277                        Nevada Bar No. 10893
    GREENBERG TRAURIG, LLP                       MESSNER REEVES LLP
    10845 Griffith Peak Drive, Suite 600         8945 W. Russell Road, Suite 300
    Las Vegas, NV 89135                          Las Vegas, NV 89148

*Attorneys for Plaintiff Baluma S.A. dba*        *Attorneys for Defendant Eric Penner*
*Enjoy Punta del Este Resort & Casino*

IT IS SO ORDERED:

_____
**UNITED STATES DISTRICT JUDGE**

**DATED:** _May 18, 2021_

*ACTIVE 56722022v1*